IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff**,<br><br>v.<br><br>JUAN PEREZ-PORTES<br>**Defendant(s).** | Case No. 3:22-cr-0042-1 (FAB) |

### ORDER

The Report and Recommendation filed on February 9, 2022, ECF No. 26 on defendant's Rule 11 proceeding held before Magistrate Judge Marshal D. Morgan on February 3, 2022, to which no opposition has been filed, has been considered *de novo* and APPROVED.

The Court finds that the plea was entered voluntarily and intelligently, with awareness of the rights and the consequences of pleading guilty and that it contains all the elements of the offense charged in the information. Accordingly, the guilty plea of defendant is accepted.  This case was referred to the Probation Office for preparation of a Presentence Investigation Report on February 3, 2022.

**Sentencing hearing remains set for May 9, 2022 at 11:00 a.m. to be held at the Old San Juan Courthouse. Presentence report shall be filed at least 35 days before sentencing date.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, February 15, 2022.

                                                        s/Francisco A. Besosa
                                                        FRANCISCO A. BESOSA
                                                        United States District Judge